UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLINTON STRANGE | CIVIL ACTION NO. 19-01388 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HEALTHY HALO INSURANCE SERVICES, INC., ET. AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is *pro se* Plaintiff Clinton Strange's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). See Record Document 3. Plaintiff contends the parties have "amicably resolved the issues in regard to the complaint." Id. Therefore, Plaintiff seeks dismissal of the action with prejudice.

**IT IS ORDERED** that Plaintiffs' Motion to Dismiss (Record Document 3) is hereby **GRANTED** and all claims are **DISMISED WITH PREJUDICE**. The Clerk of Court is directed to close this matter.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 15th day of November, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT